# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KELVIN OSMIN CANO PINEDA, <br><br> Petitioner, <br><br> v. <br><br> SCOTT LADWIG, New Orleans Field Office Director of Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY, Enforcement and Removal Operations; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Respondents. | No. 2:26-cv-02238-SHL-atc |

## ORDER REQUIRING SERVICE AND STAYING TRANSFER

On March 6, 2026, Petitioner Kelvin Osmin Cano Pineda filed the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1.) Cano Pineda challenges his continued detention in the West Tennessee Detention Facility as an "arriving alien" without a bond hearing. (ECF No. 1-3 at PageID 17.) He seeks immediate release from Respondents' custody. (Id.)

Upon review of the Petition, it is **ORDERED** as follows:

(1) Cano Pineda shall, within **five days** of this Order, **serve one copy each of the Petition (ECF Nos. 1, 1-1, 1-2, 1-3) and this Order (ECF No. 6)** on each Respondent, and ensure that copies are delivered to the United States Attorney for the Western District of Tennessee at the following address:

> Stuart Canale, Assistant United States Attorney
> United States Attorney's Office
> 167 North Main Street
> Suite 800
> Memphis, TN 38103

Additionally, Cano Pineda shall deliver a copy of this Order to the United States Attorney for the

Western District of Tennessee electronically at the following email address:

**stuart.canale@usdoj.gov**.  Failure to fully comply with this requirement may justify dismissal of the Petition.  See Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

(2) Within **five days** after Cano Pineda fully complies with the above requirement, Respondents shall respond to the Petition in writing.

(3) Cano Pineda may file a reply within **two days** after Respondents' responsive filing.

(4) Respondents shall not transfer Cano Pineda out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 6th day of March, 2026.

                                                            s/ Sheryl H. Lipman
                                                         SHERYL H. LIPMAN
                                                         CHIEF UNITED STATES DISTRICT JUDGE